# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEYLING PAULINO RODRIGUEZ,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,** and
**MACIEL ESTEFANY BULI ROA,**
Appellees.

No. 4D19-2605

[January 29, 2020]

Administrative appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case No. 2001325298.

Deyling Paulino Rodriguez, Coconut Creek, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, FORST, JJ., and WALSH, LISA S., Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***